ORIGINAL

1  PHILLIP A. TREVIÑO
   Ptrevino@pacbell.net
2  137 N. Larchmont Blvd., #801
   Los Angeles, California 90004
3
   Telephone (213) 949-8000
4  Facsimile (978) 383-7775

5  Attorney for Defendant
   TONY RIVERA
6
                UNITED STATES DISTRICT COURT
7
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
8
                      WESTERN DIVISION
9
   UNITED STATES OF AMERICA,    )  CR 05-155-GPS
10                              )
            Plaintiff,          )  DEFENDANT TONY RIVERA'S
11                              )  SENTENCING MEMORANDUM;
            v.                  )  FINANCIAL STATEMENT
12                              )
   TONY RIVERA,                 )
13                              )
            Defendant.          )  سentencing Date: April 3, 2006
14  _____)  Sentencing Time: 10:00 a.m.

15

16      Defendant, TONY RIVERA, by and through his counsel,

17 Phillip A. Treviño, hereby files this Sentencing Memorandum

18 and completed Financial Statement.

19      Defendant notes that presentation of this memorandum was

20 delayed while the undersigned counsel obtained and reviewed the

21 trial transcripts from this matter.  Counsel thanks the Court

22 for its gracious consideration in this regard, and having

23 completed that review, now requests that this Court consider

24 this information at the time of sentencing.

25

26                              Respectfully submitted,

27

28 Dated: March 21, 2006
                                _____
                                Phillip A. Treviño

POSITION RE: SENTENCING FACTORS

## I.
## PRELIMINARY STATEMENT

Defendant was convicted after a jury trial of one count, a violation of 21 U.S.C. § 841(a)(1), (b)(1)(A): possession with Intent to Distribute and Distribution of Methamphetamine, which the indictment charged occurred on January 25, 2005.

Pursuant to this Court's ensuing order, U.S. Probation Officer Alexis Berg prepared a presentence investigation ("PSI") report. At the time that Ms Berg was engaged in the preparation of her report, Defendant was undergoing a change in counsel. Predecessor counsel advised Defendant not to submit to an interview as part of the presentence report process, as a result of which the Probation Office was not able to secure current financial information from Defendant.[1]

As Ms Berg's PSI report notes, on or about May 23, 2005, the Government filed a 3-Count Information pursuant to 21 U.S.C. § 851, in which the Government alleged Defendant has suffered three (3) prior narcotics convictions.

Based on Defendant's conviction at trial, and the Information that alleges Defendant's having suffered three prior narcotics convictions, the Probation Officer has concluded that a life sentence without possibility of parole is mandatory in this matter, and the PSI so recommends.

---

[1] Appended hereto is a recently completed financial statement from Defendant which clearly establishes that he has no financial assets. Based on this, Defendant respectfully asks that the Court find that no fine is appropriate in this matter. Cf. PSI ¶ 103.

## II.

## OBJECTIONS

1. Page 3, ¶8.

Defendant denies the allegations set forth in this paragraph, notes no such evidence was adduced at trial or otherwise, and respectfully requests that the Court order said paragraph stricken from the report.

2. Page 3, ¶9(a)-(c).

Same objection and request as noted above.

3. Page 4, ¶12.

Same objection and request as noted above.

4. Page 4, ¶13.

Same objection and request as noted above.

5. Page 8, ¶43.

Defendant notes that the firearms found in the residence did not belong to him, but rather to his father. Defendant respectfully asks the Court to order the report so amended.

6. Page 10, ¶56.

Defendant was not charged in connection with any homicides, denies any involvement, and requests that those allegations be removed from this report. The simple presence of such an allegation can have severe adverse consequences for Defendant for the duration of his incarceration and due

1  process compels redaction of such utterly unsubstantiated
2  allegations.  Defendant further requests the additional
3  relief as noted above.

5     7.  Page 4, ¶13.
6     Same objection and request as noted above.

8     8.  Page 4, ¶13.
9     Same objection and request as noted above.

11    9.  Page 12, ¶ 78.
12    Defendant notes his mother's name was Marta Rosa Vasquez
13 Rivera.

### III.

### THE RELEVANT LAW

Even at sentencing, a defendant has a due process guarantee that must be honored. <u>Gardner v. Florida</u>, 430 U.S. 349, 358 (1977) (plurality) ("[I]t is now clear that the sentencing process, as well as the trial itself, must satisfy the requirements of the Due Process Clause.").

The Ninth Circuit has long observed that "Due Process requires that some minimal indicia of reliability accompany a hearsay statement," even at sentencing. <u>Id</u>. The district court could not use [a defendant's] out-of-court statements to the agent unless they are reliable, i.e., unless they are corroborated or have some other minimal indicia of reliability. <u>See</u>, <u>e.g.</u>, <u>United States v. Huckins</u>, 53 F.3d 276, 279 (9th Cir. 1995) (uncorroborated "post-arrest hearsay

statements of an accomplice" made in the context of plea negotiations where he "may very well have been hoping to curry favor with law enforcement officials by implicating his accomplice" too unreliable to use at sentencing); Ortiz, 993 F.2d at 207 (uncorroborated hearsay statement by confidential informant regarding defendant's weekly drug sales not reliable for use at sentencing). United States v. Garcia-Sanchez, 189 F.3d 1143, 1149 (9th Cir. 1999).

Based on these and related authorities, Defendant respectfully requests that the Court order the unsubstantiated allegations set forth above be ordered stricken from his Presentence Report.

Alternatively, Defendant requests that the Court order the Government to produce all reports, materials, and information upon which it intends to rely prior to any hearing as to whether the Government can sustain its burden of proof on these allegations. United States v. Restrepo, 946 F.2d 654 (9th Cir. 1991).

## IV.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Honorable Court grant the requested relief, and that it order the appropriate corrections and amendments be made to all copies of the Presentence Report.

Respectfully submitted,

Dated: March 21, 2006

Phillip A. Treviño

statements of an accomplice" made in the context of plea negotiations where he "may very well have been hoping to curry favor with law enforcement officials by implicating his accomplice" too unreliable to use at sentencing); Ortiz, 993 F.2d at 207 (uncorroborated hearsay statement by confidential informant regarding defendant's weekly drug sales not reliable for use at sentencing). United States v. Garcia-Sanchez, 189 F.3d 1143, 1149 (9th Cir. 1999).

Based on these and related authorities, Defendant respectfully requests that the Court order the unsubstantiated allegations set forth above be ordered stricken from his Presentence Report.

Alternatively, Defendant requests that the Court order the Government to produce all reports, materials, and information upon which it intends to rely prior to any hearing as to whether the Government can sustain its burden of proof on these allegations. United States v. Restrepo, 946 F.2d 654 (9th Cir. 1991).

## IV.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that this Honorable Court grant the requested relief, and that it order the appropriate corrections and amendments be made to all copies of the Presentence Report.

Respectfully submitted,

Dated: March 21, 2006

Phillip A. Treviño

PROB 43A
(Rev. 7/96)

Page 1 of 5

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

### Declaration of Defendant Personal Financial Statement

United States )
v. )
TONY RIVERA, )
)
)

CR 05-155-GPS
(Case Number)

I, TONY RIVERA, residing at MDC-LA, in the city (or county) of LOS ANGELES, in the state of CALIFORNIA, have completed the attached Personal Financial Statement that fully describes my financial resources, including a complete listing of all assets owned or controlled by me as of the date of my arrest. The Personal Financial Statement also includes my financial needs and earning ability and the financial needs and earning ability of my dependents.

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Defendant Signature)

Executed on
13 day of MARCH, 2006

PROB 48A
(Rev. 7/96)

Page 2 of 5

# PERSONAL FINANCIAL STATEMENT

NOTE: I = Individual   J = Joint

**BANK ACCOUNTS** (Include Savings & Loans, Credit Unions, Certificates of Deposit, IRA & KEOGH Accounts, etc.)

| I/J | Name of Institution | Address | Type of Account | Account Number | Personal or Commercial | Balance |
|---|---|---|---|---|---|---|
| | ∅ | | | | | TR |

**SECURITIES** (Stocks in public and closely held corporations, bonds, mutual funds, U.S. Government securities, etc.)

| I/J | Name of Company | Number of Units | How are they held? | Fair Market Value | Margin |
|---|---|---|---|---|---|
| | ∅ | | | | TR |

**REAL ESTATE** (Include home equity loans under mortgage balance)

| I/J | Address (include county & state) | Purchase Date & Cost | Fair Market Value | Mortgage Balance | Monthly Payment | Date mortgage will be paid off |
|---|---|---|---|---|---|---|
| | ∅ | | | | | TR |

**LIFE INSURANCE**

| Name of Company | Policy Number | Type | Face Amount | Cash Surrender Value | Amount Borrowed | Amount you can borrow on policy |
|---|---|---|---|---|---|---|
| ∅ | | | | | | TR |

**MOTOR VEHICLES** (Include cars, trucks, mobile homes, boats, airplanes, etc.)

| I/J | Year, make & license number | Fair Market Value | Loan Balance | Monthly Payment | Date loan will be paid off |
|---|---|---|---|---|---|
| | ∅ | | | | TR |

**MORTGAGES HELD BY YOU**

| I/J | Person Paying You (name & address) | Mortgage Balance | Monthly Payment | Date Mortgage will be paid off | Balloon Payment? |
|---|---|---|---|---|---|
| | ∅ | | | | TR |

**OTHER ASSETS** (Cash on hand or other things of value that you own or are buying—see instructions)

| I/J | Description | Fair Market Value | Loan Balance | Monthly Payment | Date loan will be paid off |
|---|---|---|---|---|---|
| | ∅ | | | | TR |

PROB 48A
(Rev. 7/96)

Page 3 of 5

## CHARGE ACCOUNTS & LINES OF CREDIT (Bank credit cards, lines of credit, revolving charge accounts, etc.)

| I/J | Type of Account or Card | Credit Limit | Amount Owed | Credit Available | Minimum Monthly Payment |
|---|---|---|---|---|---|
| | Ø | | | | |

## OTHER DEBTS (not included elsewhere)

| I/J | Owed to | Relationship | Amount Owed | Owed For | Monthly Payment |
|---|---|---|---|---|---|
| | Ø | | | | |

### MONTHLY INCOME

| | Yours | Spouse | Total |
|---|---|---|---|
| Net Salary | Ø | | |
| Commissions | Ø | | |
| Net Profit from business | Ø | | |
| Net rental income | Ø | | |
| Pensions | Ø | | |
| Social Security | Ø | | |
| Interest | Ø | | |
| Dividends | Ø | | |
| Alimony/child support | Ø | | |
| Income of other dependents | Ø | | |
| Other | Ø | | |
| TOTAL INCOME | | | Ø |
| CASH FLOW (Income less necessary expenses) | | TR | Ø |

### NECESSARY MONTHLY EXPENSES

| | |
|---|---|
| Home Rent or Mortgage | Ø |
| Utilities: | Ø |
| Electric | |
| Heating Oil/Gas | |
| Water/Sewer | |
| Telephone | Ø |
| Groceries, supplies | |
| Insurance: | Ø |
| Auto | |
| Health | Ø |
| Life | |
| Homeowners/renters | Ø |
| Minimum installment payments | Ø |
| Transportation | Ø |
| Medical | Ø |
| Clothing | Ø |
| Alimony/child support | Ø |
| Other | |
| TOTAL NECESSARY EXPENSES TR | Ø |

Within the last three years, have you encumbered or disposed of any assets or property with a cost or fair market value of more than $1,000? If so, give the following information: Date, Amount, Property Transferred or Encumbered, To whom?

NO.

Is anyone holding any assets on your behalf (include trusts of which you are a beneficiary)? If so, explain.

NO.

Are you the grantor or donor of any trust, or the trustee or fiduciary for any trust? If so, explain.

NO.

Do you receive, or under any circumstances expect to receive benefits, from any established trust, from a claim for compensation or damages, or from a contingent or future interest in property of any kind (i.e. inheritance, profit sharing or pension plan)? If so, explain.

NO.

Have you ever been involved in bankruptcy proceedings? If so, give date, place and details.

NO.

Have you ever been a party to any civil suit? If so, give date, place, persons involved and explain.

NO.

What is the prospect of an increase in value of assets or in present income (Please give general statement)?

NONE.

PROB 48A
(Rev. 7/96)

Page 5 of 5

# INSTRUCTIONS FOR PERSONAL FINANCIAL STATEMENT

1. Attach additional pages if you need more space for any item.

2. Estimate fair market value for all assets (what they could be sold for).

3. "Individual" means assets or debts that are yours alone, "Joint" means assets or debts that you own or owe together with someone else.

4. "Other Assets" include cash on hand, copyrights, patents, interests in partnerships, jewelry, coins, precious metals, notes or accounts receivable, any monies owed to you by any person or entity, etc.

5. "Other Debts" include judgements, liens, delinquent tax assessments and support obligations, etc.

6. "Net Salary" is your gross pay minus required taxes, social security, and other deductions for *required* or *necessary* items *only*, (such as pensions and insurance). Do *not* deduct excess withholding taxes or voluntary savings allotments.

7. Under "Monthly Income" include the total net income received by your spouse and any other dependents living with you. For non-dependents living with you, show only what they pay you or contribute toward the household expenses.

8. "Net Profit from Business" and "Net Rental Income" should be calculated in the same manner as in preparing a federal income tax return, except that depreciation and other non-cash expenses should *not* be deducted.

9. Under "Necessary Monthly Expenses" show only those that are necessary for your continued employment, your basic health and welfare, or that of your dependents.

## NOTES

I HAVE BEEN CONTINOUSLY IN CUSTODY SINCE JAN, 2005. I HAVE NO ASSETS

*Tony Rivera*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am a citizen of the United States and employee in Los Angeles County, California; that my business address is 137 N. Larchmont Blvd., #801, Los Angeles, CA 90004; that I am over the age of eighteen years; that I am not a party to the above-entitled action; that I am a member of the Bar of the U.S. Supreme Court and the California Supreme Court, and that on today's date, I placed in a stamped addressed envelope bearing proper first-class postage:

| | |
|---|---|
| Mr. Mark Young, AUSA<br>Office of the U.S. Attorney<br>312 North Spring, Suite 1400<br>Los Angeles, California  90012<br>and by fax: (213) 894-0142 | Alexis Berg<br>U.S. Probation Officer<br>600 U.S. Courthouse<br>312 No. Spring Street<br>Los Angeles, CA   90012<br>and by fax: (213) 894-3627 |

a full and correct copy of the following pleading:

DEFENDANT TONY RIVERA'S SENTENCING MEMORANDUM;

FINANCIAL STATEMENT

This proof of service is executed under penalty of perjury under the laws of California this date.

Dated: March 21, 2006

Phillip A. Treviño