1  DEBRA WONG YANG
   United States Attorney
2  THOMAS P. O'BRIEN
   Assistant United States Attorney
3  Chief, Criminal Division
   MARK A. YOUNG (State Bar No. 179376)
4  Assistant United States Attorney
   Narcotics Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone:  (213) 894-6527
7
   Attorneys for Plaintiff
8  UNITED STATES OF AMERICA

9               UNITED STATES DISTRICT COURT

10        FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,     )    No. CR 05-155-GPS
                                  )
12              Plaintiff,        )
                                  )
13              v.                )    GOVERNMENT'S POSITION RE
                                  )    SENTENCING FOR DEFENDANT TONY
14  TONY RIVERA,                  )    RIVERA
                                  )
15              Defendant.        )    Date: April 3, 2006
    _____)    Time: 2:30 p.m.
16

17       The government respectfully files its position papers with

18  respect to the sentencing of defendant Tony Rivera.

19  Dated:  March 29, 2006
                              Respectfully submitted,
20
                              DEBRA WONG YANG
21                            United States Attorney

22                            THOMAS P. O'BRIEN
                              Assistant United States Attorney
23                            Chief, Criminal Division

24                            _____
                              MARK A. YOUNG
25                            Assistant United States Attorney
                                Attorneys for Plaintiff
26                              United States of America

27                                   ENTER ON ICMS

28                                   MAR 3 0 2006

1                      GOVERNMENT'S SENTENCING POSITION

2   1.   Factual Findings

3        The government adopts the factual findings of the Pre-

4   Sentence Report (PSR).  As set forth in the PSR, defendant was

5   convicted at trial on August 29, 2005, of possession with intent

6   to distribute at least 50 grams of actual methamphetamine as

7   charged in count two of the indictment.  (PSR ¶ 2).  As to count

8   one, the Court ordered a mistrial on this same date.  (Id.).

9        In addition, the government has filed a three count

10  information in this matter pursuant to 21 U.S.C. § 851, which

11  alleges defendant's three prior felony drug convictions.  (PSR ¶

12  4).

13  2.   Sentencing Recommendation

14       As set forth in United States v. Booker, 125 S. Ct. 738

15  (2005), the Guidelines, along with other factors set forth in 18

16  U.S.C. § 3553(a), must be considered by the Court in sentencing a

17  defendant.  With respect to the Guidelines, the PSR concluded

18  that defendant's base offense level was 34, based upon his

19  conviction at trial and the evidence regarding two seizures of

20  methamphetamine from defendant.  (PSR ¶¶ 19-24).  Defendant is

21  not entitled to any adjustment for acceptance of responsibility

22  since he proceeded to trial.  (PSR ¶ 30).

23       In addition, the PSR correctly concluded that defendant was

24  a Career Offender.  (PSR ¶ 32).  As such, defendant's base

25  offense level was raised to a level 37, and his criminal history

26  category became an automatic VI.  (PSR ¶¶ 33-34, 70).  Prior to

27  the imposition of any mandatory sentence, defendant's guideline

28  range is 360 months to life.

                                    2

 1   As noted in the PSR, the government has filed three
 2 enhancements against defendant pursuant to 21 U.S.C. § 851, which
 3 mandates a life sentence in this case.  The underlying conviction
 4 documents are attached as Exhibit A.  These documents correspond
 5 to his 1987 felony drug conviction (PSR ¶ 41), his 1992 felony
 6 drug conviction (PSR ¶ 54), and his 1997 felony drug conviction
 7 (PSR ¶ 58).  In addition, the government is prepared to call
 8 Forensic Print Specialist Edgar Berrios to testify at sentencing
 9 that he compared the fingerprint cards from defendant's three
10 prior convictions with fingerprints he personally took from
11 defendant at the Metropolitan Detention Center and that, in his
12 opinion, they were taken from the same person.  A copy of his
13 report is attached as Exhibit B.  Finally, the government has
14 attached booking photographs from defendant's three felony drug
15 convictions as further proof that these convictions all relate to
16 defendant.  These photographs are attached as Exhibit C.

17   The government does not seek a life sentence in this matter
18 lightly.  The government believes that defendant poses an ongoing
19 danger to the community that will not lessen over time.  Anything
20 less than a life sentence in this matter would guarantee that, at
21 some point, defendant would resume a life of crime that has
22 spanned multiple decades.  Therefore, the government seeks the
23 imposition of a life sentence as mandated by 21 U.S.C. § 841(b).

24 3. Defendant's Factual Objections

25   In his sentencing papers, defendant raises numerous factual
26 objections in the PSR.  While defendant cites to several cases in
27 support of his request to strike these paragraphs, defendant's
28 reliance is misplaced.  Unlike in the cases cited to by

1  defendant, the Probation Officer did not rely upon information in
2  the objected paragraphs to raise defendant's final sentence and
3  therefore there are no Due Process concerns.  As such, it is not
4  necessary for the Court to resolve these issues prior to
5  sentencing.

6      With respect to defendant's objections to paragraphs 8,
7  9(a)-(c), 12, and 13, the facts set forth therein all come from
8  affidavits filed in this matter, which have been previously
9  produced to defendant, and that contain background information
10 regarding the investigation and prosecution of defendant.  These
11 paragraphs, however, do not contain any facts that were used by
12 the Probation Office to increase defendant's sentence.

13     With respect to paragraphs 43 and 56, the PSR should not be
14 amended as these paragraphs contain facts derived from
15 defendant's prior arrests.  The information contained therein is
16 reliable in that it came directly from reports and/or pleadings
17 from these cases.  Moreover, none of the information contained
18 therein was used by the Probation Office to increase defendant's
19 sentence.  Therefore, the Court does not need to resolve these
20 factual disputes or strike the paragraphs from the PSR.

21 4.  Conclusion

22     The government respectfully requests that the Court find
23 that the government has met its burden and proved the three prior
24 felony convictions of defendant beyond a reasonable doubt
25 //
26 //
27
28

4

1    as alleged in the information, and sentence defendant to a

2    mandatory sentence of life imprisonment.

3    Dated:   March 29, 2006

                              Respectfully submitted,

                              DEBRA WONG YANG

                              United States Attorney

                              THOMAS P. O'BRIEN

                              Assistant United States Attorney

                              Chief, Criminal Division

                              _____

                              MARK A. YOUNG

                              Assistant United States Attorney

                                Attorneys for Plaintiff

                                United States of America

**BILL LOCKYER**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**

**BUREAU OF CRIMINAL INFORMATION AND ANALYSIS**
P.O.BOX 903387
SACRAMENTO, CA 94203-3870
Facsimile: (916) 227-4815
(916) 227-3460

March 20, 2006

Detective David Jacoby
Los Angeles Police Department
Narcotics, Major Crimes Enforcement Section
251 E. 6th Street, Rm 350
Los Angeles, California 90014

RE:   Exemplified Documents

CII NO :      A05805168
NAME :       TONY RIVERA

Dear Detective Jacoby:

Enclosed are the exemplified documents for the above-named subject that you requested.

If you have any questions, please call me at (916) 227-3460.

Sincerely,

DENNIS N. CROSS
Keeper of Records
Communications Administration Program
Bureau of Criminal Information and Analysis

For      BILL LOCKYER
Attorney General

DNC:lg
Enclosure



EXHIBIT A

STATE OF CALIFORNIA

DEPARTMENT OF JUSTICE

STATE OF CALIFORNIA          )
                                              :ss
COUNTY OF SACRAMENTO  )

DECLARATION OF LEGAL KEEPER OF RECORDS


I, DENNIS N. CROSS, Legal Keeper of Records of the Bureau of Criminal Information

and Analysis, Department of Justice, do hereby certify that the attached documents are true and

correct copies of the documents of the Department of Justice, and that I am the custodian of said

documents, to wit:

Copies of documents from originals located in CII record A05805168 of

TONY RIVERA.


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of the
Department of Justice of the State of California this 20th day of March, 2006 A. D.



LEAVE BLANK | TYPE OR PRINT ALL INFORMATION IN BLACK | FBI | LEAVE BLANK

LAST NAME NAM FIRST NAME MIDDLE NAME
RIVERA  ANTONIO

ALIASES

CONTRIBUTOR ORI  CA0194200
PD  JDVJS
LOS ANGELES, CA

STATE USAGE

SIGNATURE OF PERSON FINGERPRINTED
Tony Rivera

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE  SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
3/18  C9710

CHARGE
11351HS POSS PURCHASE NARC
CONTRLD SUB FOR SALE
35/87

FINAL DISPOSITION

DATE ARRESTED OR RECEIVED DOA  03 18 87

SEX M RACE L HGT 510 WGT 220 EYES BR HAIR BK PLACE OF BIRTH POB TX

YOUR NO. OCA 1487 376R
9019 474

FBI NO. FBI

SID NO. SID  05805168

SOCIAL SECURITY NO. SOC  569 23 6368

CAUTION

DATE OF BIRTH DOB  04 15 60

LEAVE BLANK

CLASS

NCIC CLASS - FPC

Rivera  DC# 9019474

1. R. THUMB  2. R. INDEX  3. R. MIDDLE  4. R. RING  5. R. LITTLE
6. L. THUMB  7. L. INDEX  8. L. MIDDLE  9. L. RING  10. L. LITTLE

ADD
ALPS COGNIZANT
AFIS

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY  L THUMB  R THUMB  RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

DATE: MAR 20 2006

I HEREBY CERTIFY THAT THIS IS A TRUE
AND ACCURATE COPY AND THAT THE
ORIGINAL DOCUMENT IS FILED IN THE
BUREAU OF CRIMINAL IDENTIFICATION,
DEPARTMENT OF JUSTICE, STATE OF
CALIFORNIA.

BY:
KEEPER OF RECORDS

# DISPOSITION OF ARREST AND COURT ACTION

BOOKING NO. 9012474

ARRESTEE'S LAST NAME: RIVERA  FIRST: ANTONIO  MIDDLE:  SUF: III

ADDRESS: 12365 MONTAGUE ST  APT. NO.

CITY: PACOIMA  STATE: CA

| SEX | DESCENT | HAIR | EYES | HEIGHT | WEIGHT | BIRTHDATE | AGE |
|-----|---------|------|------|--------|--------|-----------|-----|
| M | L | BLK | BRO | 510 | 220 | 041560 | 26 |

VEH. LIC. NO.  STATE  R.D. 1657  AKA: LAST – FIRST – OR NICKNAME

BIRTHPLACE (CITY / STATE): SAN ANTONI TX  PROB. INV. UNIT: 88  JUV. DETAINED AT  AD. CHG. N

DIVISION AND DETAIL ARRESTING: 4287  NDVD  DATE ARRESTED: 031887  TIME ARR. 1945  TIME BKD. 2223

LOCATION OF ARREST: 12365 MONTAGUE ST  BAIL 50000.00  TOTAL BAIL 50000.00

TYP. CHARGE & CODE: 11351HS  DEFINITION: POS CNT FR 4SALE  WARRANT NO.

DR 87-1609434  LY 0143798

REASON FOR RELEASE:
- 849
- B (3)PC
- 849
- B (1)PC
- 849 B (1) CHECK ONE OF FOLLOWING:

MAIN A 05805768  CII 05805768

ALL ☐ AWWS ☐ WARR ☐ AJIS ☐ PLSE ☐ PAC ☐ AWDI ☐ SYSTEM ID

☐ COMPL REFUSES TO PROSECUTE
☐ ARRESTEE EXONERATED
☐ FURTHER INVESTIGATION
☐ RELEASED TO OTHER AGENCY: _____
☐ OTHER

☐ ADMISS. EVID. INSUFF.
☐ ASCERT. EVID. INSUFF.

REMARKS.

## B. PROSECUTION
DATE  ☐ 849.5 PC  CHARGE 1  CHARGE 2  CHARGE 3  CHARGE 4
REASON FOR REJECTION

## C. COURT INFORMATION
DATE FILED: 10-28-87  FILE NO. A 816509  CONSOLIDATED FILE NO.  L.C. JUD DIST. NO. 19498  S.C. JUD DIST. NO. 47/40

TYPE OF FILING: ☐ COMPLAINT  ☑ INFORMATION  ☐ CERTIFICATION  ☐ INDICTMENT

| | TYPE FILING | | FIRST PLEA | | FINAL PLEA | | DISPOSITION | | | | | DATE | TYPE DISPO | | CHARGES AT DISPOSITION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | M | NG | NG+ | G | NOLO | ACQ | DIS | CRT JUV | HTA | CRT SC | CONV | | F | M | SECTION AND CODE | DEG | PRIOR |
| 1 | X | | X | | X | | | | | | | | 11-4-87 | X | | 11351 HS | | |
| 2 | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | |

DATE OF SENTENCE: 12-14-87  TRUE NAME

TYPE OF TRIAL: ☐ JURY  ☐ COURT  ☐ TRANSCRIPT
☐ FINDING / VERDICT OF NOT GUILTY - INSANE

| SENTENCE | CHARGE 1 | SUS | CHARGE 2 | SUS | CHARGE 3 | SUS | CHARGE 4 | SUS |
|----------|----------|-----|----------|-----|----------|-----|----------|-----|
| CYA | | | 7511? | | | | | |
| JAIL | | | | | | | | |
| FINE | | | | | | | | |
| RESTITUTION | | | | | | | | |
| OTHER | | | | | | | | |
| PROBATION | 17 PC | | 17 PC | | 17 PC | | 17 PC OBTS | |
| PRISON | SUS TFT 3yrs stayed pending Appeal. | | | | | | | |
| NOTES: | | | | | | | | |

REMARKS

| | | DATE | | | | | |
|---|---|---|---|---|---|---|---|
| **D. PROCEEDINGS SUSPENDED** | | ☐ BW ☐ APPEAL ☐ 1000 PC | ☐ CRC 3050 WIC ☐ CRC 3051 WIC ☐ NON- STAT DIVERSION | ☐ 1203.03 PC ☐ MISTRIAL ☐ OTHER | ☐ 1370 PC ☐ 1026 PC ☐ MDSO | ☐ ST. HOSP. ☐ CO. MENTAL |
| **E. REOPEN OR RETRIAL AFTER** | DATE | ☐ BW ☐ APPEAL ☐ 1000 PC | ☐ CRC ☐ 1170 PC ☐ NON- STAT DIVERSION | ☐ 1203.03 PC ☐ MISTRIAL ☐ HUNG JURY | ☐ 1370 PC ☐ 1026 PC ☐ MDSO | ☐ CYA ☐ JUV COURT ☐ LOWER COURT ☐ OTHER |
| **F. SUBSEQUENT ACTION** | DATE | PROBATION | | ☐ VIOLATED ☐ 1203.9 PC MODIFIED TO ___ | ☐ REVOKED ☐ 1203.3 PC MOS ___ DS JAIL ___ | ☐ REINSTATED ☐ EXPIRED ___ FINE |
| | DATE | CONVICTION SET ASIDE / REDUCED / DISMISSED | | ☐ 1203.4 PC ☐ 3200 WIC | ☐ 1203.4a PC ☐ REDUCED 17 PC | ☐ 1772 WIC ☐ OTHER |
| | DATE | RECORD SEALED | | ☐ 85 ☐ 3P | ☐ 851.8 PC ☐ 781 WIC | ☐ 1203.45 PC ☐ OTHER |

→ per arrest print of 3-1-3-06

→ per arrest print of 3-13-06

TOTS, CCHRS fx 3-3-06

03 AUG 12 1992

| | | |
|---|---|---|
| LAST NAME NAM | FIRST NAME | MIDDLE NAME |
| RIVERA | TONY | 3RD |

STATE USAGE

ALIASES

CONTRIBUTOR OR
CA0194200
PD
LOS ANGELES, CA
FOOTHILL

SIGNATURE OF PERSON FINGERPRINTED

*Tony Rivera*

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE | SIGNATURE OF OFFICIAL TAKING FINGERPRINTS

JUN 16 1992

CHARGE

187(A) PC      F
MURDER

FINAL DISPOSITION

DATE ARRESTED OR RECEIVED DOA
06/16/92

YOUR NO. OCA   1487376R
BKG# 3114410

FBI NO. FBI

SID NO. SID

SOCIAL SECURITY NO. SOC

CAUTION

| TYPE | | | DOB | | | |
|---|---|---|---|---|---|---|
| SEX | RACE | HGT. | WGT. | EYES | HAIR | PLACE OF BIRTH POB |
| M  H | 510 | 240 | BRO | BRO | CB | |

DATE OF BIRTH DOB
Month 06/22/92  Day 316  04  15  60

LEAVE BLANK

CLASS.

REF. 05805168

NCIC CLASS - FPC

AUG 18 1992

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

ALPS COGNI

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

17 AUG 4 1992

DATE: MAR 20 2006

I HEREBY CERTIFY THAT THIS IS A TRUE
AND ACCURATE COPY AND THAT THE
ORIGINAL DOCUMENT IS FILED IN THE
OF CRIMINAL IDENTIFICATION,
OF JUSTICE, STATE OF

BY:

KEEPER OF RECORDS

## PROBLEM RESOLUTION DISPOSITION INFORMATION

### SUBJECT INFORMATION

| NAME | DOB | CII NUMBER | ARREST DATE |
|------|-----|-----------|-------------|
| Rivera, Antonio | 4-15-60 | A 05805168 | 6-16-92 |

### ARREST INFORMATION

| ARRESTING AGENCY: Los Angeles PD | BOOKING NUMBER: 3114410 |
|---|---|

ARREST CHARGES

| 1 | 187 (a) PC | 2 | DR # 92-1640078 |
| 3 | | 4 | PDLA # 1487376 main # 0356752l |

### RELEASE INFORMATION

| Law Enforcement Date: | | Reason: | | | | | |
|---|---|---|---|---|---|---|---|
| Prosecutor Date: | | 1 | | 2 | 3 | | 4 |
| Arrest/Release Remarks | | | | | | | |

### COURT INFORMATION

| MC JD # | MC FILE # | SC JD # | SC FILE # |
|---------|-----------|---------|-----------|
| | | 19121 | PA 010289-01 |

| I/M/F | DISPO / SENT DATE | ACQ | DISM | FINAL PLEA | CONV | I/M/F | CHARGES |
|-------|-------------------|-----|------|-----------|------|-------|---------|
| F | 7-8-93 | | | G | x | F | 11350 (A) H&S |
| F | 7-8-93 | | | G | x | F | 11377 (a) H&S |
| F | 7-8-93 | | | G | x | F | 12021 (a) PC |

| SENTENCE: | Simo State Prison Conc W/ A816 509 |
|---|---|

| TERMS & CONDITIONS: | ☐ NO FIREARMS    ☐ 1210.1 PC |
|---|---|
| Court Information Remarks: | |
| ☐ NO DISPOSITION AVAILABLE | |

### PENDING STATUS (APP USE ONLY)

☐ CONFIRMED CASE STILL ACTIVE        ☐ BENCH WARRANT STILL OUTSTANDING

☐ DIVERSION STILL ACTIVE             ☐ ARREST LESS THAN 1 YEAR OLD

### PRS CONTACT CONFIRMATIONS

| PD | | Date | | SO | CCHRS | | Date | JLM 3/3 06 | DA | PIMS | | Date | JLM 3/3 06 |
|----|----|------|----|----|-------|----|------|------------|----|------|----|------|------------|
| MC | TCIS | Date | JLM 3/3 06 | SC | | | Date | | CA | | | Date | |
| Other | | Date | | Prob | | | Date | | JC | | | Date | |

REVISED 11-7-05      *



DATE: MAR 2 0 2006

I HEREBY CERTIFY THAT THIS IS A TRUE AND ACCURATE COPY AND THAT THE ORIGINAL DOCUMENT IS FILED IN THE BUREAU OF CRIMINAL IDENTIFICATION, DEPARTMENT OF JUSTICE, STATE OF CALIFORNIA.

BY: _____
KEEPER OF RECORDS

33   JUN 1 3 1997

| | | |
|---|---|---|
| | RIVERA | TONY | NMN |

STATE USAGE

ALIASES

CONTRIBUTOR
CA0194200
CAPD
LOS ANGELES   06/02/97

DATE OF BIRTH DOB
Month   Day   Year
04   15   60

SIGNATURE OF PERSON FINGERPRINTED
*=BEST PRINTS OBTAINABLE

THIS DATA MAY BE COMPUTERIZED IN LOCAL, STATE AND NATIONAL FILES

DATE   SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
E8724
05/29/97   DE LA CERDA S

DOA
05/29/97
1487376R
5259623

SEX   RACE   HGT   WGT   EYES   HAIR   PLACE OF BIRTH
M   H   511   260   BRO   BLK   TX

CHARGE
11378HS   F
POSS CNTRLD SUB FOR SALE

FBI NO. FBI

LEAVE BLANK   PH

SID NO. SID
A05805168

FINAL DISPOSITION

SOCIAL SECURITY NO. SOC
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

NCIC CLASS - FPC   0 9 9 9 9

DS
6-31-97

CAUTION



DB 50X50G4 1133R5 #tpthl 15:49:16          5601L #nppkr04 19970529-16:08

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY          RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

ID. N2772
03.28.06

DATE:   MAR 2 0 2006

I HEREBY CERTIFY THAT THIS IS A TRUE
AND ACCURATE COPY AND THAT THE
ORIGINAL DOCUMENT IS FILED IN THE
BUREAU OF CRIMINAL IDENTIFICATION,
DEPARTMENT OF JUSTICE, STATE OF
CALIFORNIA

BY:

KEEPER OF RECORDS

| BOOKING NO. S259623 | I.U.Q. | LOC. DKG. 4216 | | OR. I.D. No. 6783 | | STATE CA | NC. | RELEASE DATE / JUV. DISP. DATE | | | DISPOSITION OF ARREST AND COURT ACTION | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

DR. 97-1619661

ARRESTEE'S LAST NAME: RIVERA   FIRST: TONY   MIDDLE:   SUF: III

CII: A058D5768

ADDRESS: 12301   SAN FERNANDO RD.   APT. NO.

CITY: SYLMAR   STATE: CA

REASON FOR RELEASE

FBI: 03587521

| SEX M | DESCENT H | HAIR BLK | EYES BRO | HEIGHT 511 | WEIGHT 200 | BIRTHDATE 041560 | AGE 37 |
|---|---|---|---|---|---|---|---|

VEH. LIC. NO.   STATE   P.O. 1615   AKA LAST-/FIRST:   OR NICKNAME

BIRTHPLACE EL PASO   PHOS. INV. UNIT: U.S.   JUV. DETAINED AT: 88   AD CHG: N

DIVISION AND DETAIL ARRESTING: 4287   NGVB   DATE ARRESTED 052997   TIME ARR 1400   TIME BKD 1534

LOCATION OF ARREST: 12301   SAN FERNANDO RD   BAIL 1100000   TOTAL BAIL 1100000   WARRANT NO. ☆

TYP F | CHARGE & CODE 11378HS | DEFINITION POSS 4 SALES

SOCIAL SECURITY NO. 569236393

REMARKS

---

**B. PROSECUTION INFORMATION**

| | DATE | REASON FOR REJECTION | | | | | 1203.2 PC - IN LIEU OF FILING | | CRG COURT JUD DIST NUMBER |
|---|---|---|---|---|---|---|---|---|---|
| | | CHRG 1 | CHRG 2 | CHRG 3 | CHRG 4 | | REFILED - ORIGINAL CASE DISMISSED | | CRG COURT CASE NUMBER |

**C. COURT LOWER COURT**

DATE FILED | L C JUD. DIST NO | FILE NO | CONSOLIDATED FILE NO. | TYPE OF TRIAL ☐ COURT ☐ JURY

| CHRG | FILE LEVEL | | | FIRST PLEA | | FINAL PLEA | | DISPOSITION | | | | | | | DISPO DATE | CHARGES AND ENHANCEMENTS AT DISPOSITION | DISPO LEVEL | | | HTA / CERT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | I | M | F | NO. | NG-I | G | NOLO | CONV | DISM | CERT JUV | ACQ | | | | | SECTION / CODE / LITERAL | I | N | F | |
| 1 | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | |

**SUPERIOR COURT**

TYPE OF FILING: ☑ INFORMATION   ☐ CERTIFICATION   ☐ INDICTMENT   TYPE OF TRIAL: ☐ JURY ☐ COURT ☐ TRANSCRIPT

DATE FILED 7-31-97   S.C. JUD. DIST NO 19121   FILE NO PA026828   CONSOLIDATED FILE NO

| CHRG | FILE LEVEL | | | FIRST PLEA | | FINAL PLEA | | DISPOSITION | | | | | DISPO DATE | CHARGES AND ENHANCEMENT AT DISPOSITION | DISPO LEVEL | | | 12 PC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | M | F | NO | NG-I | G | NOLO | CONV | DISM | CERT JUV | ACQ | | | SECTION / CODE / LITERAL | I | M | F | |
| 1 | ✗ | ✗ | | | | ✗ | | | | | | 10-27-97 | 11378 H&S | | | | ✗ |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |

**D. SENTENCE INFORMATION**

DATE OF SENTENCE 10-27-97   TRUE NAME

| CHRG | 17 PC | ISS | PROB | JAIL | | FINE | | RSTN | | JAIL OR FINE | | | CONC | CONS | VOL WRK | COSTS | CYA | PRISON SENTENCE INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | MOS. | DAYS | DAYS SUS | X | SUS | X | DAYS | PAID | COMM | SUS | X | X | X | X | X | TOTAL FIXED TERM (ALL COUNTS) | STAYED INFORMATION (SPECIFY COUNTS) |
| 1 | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | YEARS 4 | MONTHS 4 |
| 3 | | | | | | | | | | | | | | | | | | ☐ CONC ☐ CONS | |
| 4 | | | | | | | | | | | | | | | | | | ☐ SUSPENDED | W. CASE NO |

REMARKS

DISPOSITION UPDATE   625

**E. PROCEEDINGS SUSPENDED**

DATE

☐ LC / SC BENCH WARRANT ISSUED
☐ LC / SC DIVERSION
☐ LC / SC 1026 PC - NOT GLTY INSANE

☐ LC / SC 3050 WI NARC. COMM
☐ LC / SC 1368 / 1370 PC - FOUND
MENTALLY INCOMPETENT - COMMITTED

☐ SC 3051 WI - NARC. COMM
☐ SC 1203.03 PC - 90 DAY O B
☐ SC 707.2 WI - 90 DAY O B

A29 030998

L29 030998

70-05.09.0 (REV. 7-95) IN LIEU OF JVS 8715 (1-88)

1/26/2005   5:22:48 PM   RECORD CERTIFICATION 3



RIVERA, ANTONIO III

07 DEC 0 21997

993 011298 01

CONTRIBUTOR

CA015045C
N KERN ST PRISON
DELANO, CA

STATE USAGE

SIGNATURE OF PERSON FINGERPRINTED

*Antonio Rivera III*

DATE ARRESTED OR RECEIVED DOA
11-14-97

DATE OF BIRTH DOB
04  15  60

| SEX | RACE | HGT | WGT | EYES | HAIR | PLACE OF BIRTH POB |
|-----|------|-----|-----|------|------|--------------------|
| M   | H    | 510 | 245 | BRN  | BLK  | TX                 |

DATE NOV 14

SIGNATURE OF OFFICER Sgt J. J. Plunton

YOUR NO OCA
H 84315

FBI NO FBI

C29

CHARGE
PAROLE VIOLATOR W/ NEW TERM
LACO PA026828 CT 1 HS 11378
POSS CONT SUBS 4 SALE W/

CII AND
A05805168

SOCIAL SECURITY NO. SOC

LEAVE BLANK

DEC 6 1997

NCIC CLASS - FPC

FINAL DISPOSITION
(SEE BACK)
PV/WNT TT= 4 YR 4 MO
19 50071  35138 MW

| 1. R. THUMB | 2. R. INDEX | 3. R. MIDDLE | 4. R. RING | 5. R. LITTLE |
|---|---|---|---|---|

| 6. L. THUMB | 7. L. INDEX | 8. L. MIDDLE | 9. L. RING | 10. L. LITTLE |
|---|---|---|---|---|

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

DATE: MAR 20 2006

I HEREBY CERTIFY THAT THIS IS A TRUE
AND ACCURATE COPY AND THAT THE
ORIGINAL DOCUMENT IS FILED IN THE
BUREAU OF CRIMINAL IDENTIFICATION,
DEPARTMENT OF JUSTICE, STATE OF
CALIFORNIA.

BY:

KEEPER OF RECORDS

# LOS ANGELES POLICE DEPARTMENT



William J. Bratton
Chief of Police

P.O. BOX 30158
Los Angeles, Calif. 90030
Telephone: (213) 485-3256
TDD (877) 275-5273

ANTONIO R. VILLARAIGOSA        Ref# 10.1.1
MAYOR

## FINGERPRINT COMPARISON CERTIFICATION

I, _____ Edgar Berrios _____ , a member of the Los Angeles Police Department,

assigned to Records and Identification Division, Criminal Identification Section, and a qualified

Fingerprint Identification Expert have determined the following.

The fingerprint impression(s) on _____ Inked 10-Print obtained at Metropolitan Detention Center _____ ,

_____ Date Fingerprinted 03/08/2006 _____ and bearing the name _____ Rivera, Tony _____

_____ ***ARE*** _____ the same as the fingerprint impressions on the following document (s):

1) | Bkg# 9019474 | Document: | LAPD-DOJ Certified 10-Print | | |
   | Arrest Date 03/18/1987 | Name: | Rivera, Antonio | Source: | 969-B Package |

2) | Bkg# 3114410 | Document: | LAPD-DOJ Certified 10-Print | | |
   | Arrest Date 06/16/1992 | Name: | Rivera, Tony | Source: | 969-B Package |

3) | Ref.# H-84315 | Document: | Kern State Prison-DOJ Certified 10-Print | | |
   | Fingerprint Date 07/20/1993 | Name: | Rivera, Antonio | Source: | 969-B Package |

4) | Bkg# 5259623 | Document: | LAPD-DOJ Certified 10-Print | | |
   | Arrest Date 05/29/1997 | Name: | Rivera, Tony | Source: | 969-B Package |

5) | Ref.# H-84315 | Document: | Kern State Prison-DOJ Certified 10-Print | | |
   | Fingerprint Date 11/14/1997 | Name: | Rivera, Antonio III | Source: | 969-B Package |

I am hereby prepared to testify in court to the results of my examination.

FINGERPRINT ID EXPERT'S SIGNATURE

N1917

SERIAL NUMBER

3-28-2006

DATE

# EXHIBIT B



BK 90 1 9 4 74 0 3 18 87
LOS ANGELES POLICE = JD/VJS-M

EXHIBIT C





<u>CERTIFICATE OF SERVICE</u>

I, **SUSANA ZAMBRANO,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles, County, California; that my business address is Office of United States Attorney, Federal Courthouse 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **March 29, 2006**, I deposited in the United States mail, at the U.S. Courthouse, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: **GOVERNMENT'S SENTENCING FOR DEFENDANT TONY RIVERA**

**service was:**

☐ Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows: [ ] By federal express as follows:

**Phillip Deitch**
P.O. Box 8025
Van Nuys, CA 91406-8025

at **his** last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on **March 29, 2006**, at Los Angeles, California. I certify under penalty of perjury that the foregoing is true and correct.

_____
{Legal Assistant} Susana Zambrano