```
THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
WENDY T. WU (Cal. State Bar No. 242075)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0619
     Facsimile: (213) 894-0141
     E-mail:    Wendy.Wu@usdoj.gov

Attorneys for Plaintiff
United States of America
```

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CV No. 08-2408-GPS |
| | ) CV No. 08-1325-GPS |
| Plaintiff, | ) [CR No. 05-155-GPS] |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER RE: DEFENDANT'S |
| | ) MOTION FOR RETURN OF PROPERTY |
| TONY RIVERA, | ) |
| | ) **[~~Proposed~~] Hearing Date:** |
| Defendant. | ) **September 22, 2008, 1:30 p.m.** |
| | ) |
| | ) **[~~Proposed~~] Briefing schedule:** |
| | ) |
| | ) **Government's response due:** |
| | ) **September 8, 2008** |
| | ) |
| | ) **Defendant's reply due:** |
| | ) **September 15, 2008.** |

   FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the date of the hearing to address defendant's motion for return of property is set for September 22, 2008, at 1:30 p.m.

///

///

///

///

    IT IS FURTHER ORDERED that the government file its response to defendant's motion by September 8, 2008, and defendant's file his reply by September 15, 2008.

DATED: August 25, 2008

GEORGE P. SCHIAVELLI
_____
THE HONORABLE GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
_____
WENDY T. WU
Assistant United States Attorney