HILLARY A. HAMILTON (SBN 218233)
hillary.hamilton@probonolaw.com
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorney for Defendant TONY RIVERA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TONY RIVERA, AKA, TONY GARCIA, ANTHONY RIVERA, III,<br><br>                    Defendant. | CASE NO.: 2:05-CR-155-SJO<br><br>REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT AND STATEMENT OF REASONS TO CLEMENCY PROJECT 2014 COUNSEL |

The defendant, Tony Rivera, by and through the undersigned counsel, hereby requests the Court disclose the Pre-Sentence Investigation Report (the "PSI Report") and the Statement of Reasons (the "SOR"), if any, related to the above-captioned case to undersigned counsel, as described further below:

1.  David C. Olstein is an attorney in the New York office of the undersigned counsel's law firm but he is not admitted to the Bar of this Court. Mr. Olstein is a Clemency Project 2014 volunteer attorney who has been retained on a pro bono basis to evaluate whether Tony Rivera meets the eligibility criteria for a clemency initiative announced by the Department of Justice in 2014 and, if it is determined that he does meet the eligibility criteria, to submit a petition for clemency to the Department of Justice. As part of that effort, the undersigned counsel is requesting a copy of the PSI Report and the SOR, if any, for the above-named defendant for purposes exclusively associated with Clemency Project 2014. Specifically, the information contained in the PSI Report and the SOR, if any, is necessary to evaluate whether Tony Rivera meets the criteria for clemency announced by the Department of Justice.

2.  The undersigned counsel understands that the Administrative Office of the United States Courts has authorized the Bureau of Prisons to release Pre-Sentence Investigation Reports and Statements of Reasons to Clemency Project 2014 volunteers with their client's consent, following notice to the sentencing judge, if the sentencing judge does not object within 14 days. The undersigned counsel also understands that the Administrative Office notified all federal judges about this procedure. Due to the unavailability of the previous judicial officer, this case was re-assigned to this Court on October 15, 2008. Thus, Mr. Rivera's counsel is hereby requesting that this Court approve the release of the PSI Report and the SOR, if any, to the undersigned counsel.

1

REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT & STATEMENT OF REASONS TO
CLEMENCY PROJECT 2014 COUNSEL
No. 2:05-CR-155-SJO

3. The undersigned counsel has received Tony Rivera's written consent to obtain the PSI Report and the SOR, if any, a copy of which is enclosed with this filing as <u>Exhibit A</u>.

4. The undersigned counsel and Mr. Olstein will disclose the PSI Report and the SOR, if any, only to members of the Clemency Project 2014 Screening and Steering Committees, which have been assembled to determine whether federal inmates meet the eligibility criteria established by the Department of Justice for the President's clemency initiative announced in 2014. All Screening and Steering Committee members have executed non-disclosure agreements. If Mr. Rivera is determined to be eligible for the clemency initiative announced by the Department of Justice in 2014, the PSI Report and the SOR, if any, may also be provided to the Department of Justice as part of a petition for clemency. The undersigned counsel and Mr. Olstein will return the PSI Report and the SOR, if any, to the Bureau of Prisons or destroy it upon conclusion of their representation of Tony Rivera. Members of Clemency Project 2014 who have received a copy of the PSI Report and the SOR, if any, also agree to destroy copies upon completion of their review of the case.

For the foregoing reasons, Tony Rivera, through his Clemency Project 2014 counsel, respectfully requests that the Court issue an order disclosing the PSI Report and the SOR, if any, to the undersigned counsel.

Dated: October 28, 2015

Respectfully submitted,

/s/ Hillary A. Hamilton
Hillary A. Hamilton (SBN 218233)
hillary.hamilton@probonolaw.com
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Clemency Counsel for Defendant Tony Rivera*

# EXHIBIT A

## Consent to Release of Information

United States v. _____Rivera_____

Case No: __CR 01-155-GPS__

I, __Tony Rivera_____, Defendant in the above-referenced case, hereby consent and authorize __David Olstein_____(hereinafter "lawyer"), as well as lawyer's agents, to do the following on my behalf:

    1.    To file any motions or other pleadings needed to obtain and review all documents and other information related to the sentence imposed upon me in the above-referenced case, including but not limited to the presentence report, sentencing memoranda, sentencing transcript, and statement of reasons, whether or not any such document is under seal or otherwise not available to the public; and

    2.    To obtain and review all documents and other information related to the sentence imposed upon me in the above-referenced case for the purpose of evaluating whether I meet the eligibility criteria to seek executive clemency and/or for the purpose of preparing and submitting a clemency petition on my behalf to the Office of the Pardon Attorney; and

    3.    To provide the above material, as well as lawyer's evaluation of whether I meet the eligibility criteria to seek executive clemency, to a Screening Committee as well as a Steering Committee each composed of lawyers from outside my law firm [law office] who will be reviewing the above material and lawyer's evaluation to determine whether I meet the criteria for clemency and therefore whether or not lawyer or other designated counsel will prepare and file a petition. I also consent to disclosure of any information to other designated

counsel, should it be determined that someone other than lawyer_will be preparing my clemency petition.

    4.    I also consent to providing a copy of the presentence report in my case to the Office of the Pardon Attorney as part of my submission should a petition be submitted, as required by the Office of the Pardon Attorney

| _Tommy Rimover_ | _27357-112_ | _9/07/2015_ |
|---|---|---|
| Defendant's Signature | Reg. No. | Date |

## Certificate of Service

I hereby certify that on October 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Mark Anthony Young<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Fax: 213-894-0141<br>Email: USACAC.Criminal@usdoj.gov<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Dominic Cantalupo<br>Dominic Cantalupo Law Offices<br>100 Wilshire Boulevard Suite 940<br>Santa Monica, CA 90401-1113<br>310-397-2637<br>Fax: 310-388-6016<br>Email: dcantalupo@att.net<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Designation: CJA Appointment |

Dated: October 28, 2015        /s/     Hillary A. Hamilton

                                                   Hillary A. Hamilton (SBN 218233)
                                                   hillary.hamilton@probonolaw.com
                                                 300 South Grand Avenue
                                                 Los Angeles, California 90071-3144
                                                 Telephone:  (213) 687-5000
                                                 Facsimile:   (213) 687-5600

                                                 *Clemency Counsel for Defendant Tony Rivera*