HILLARY A. HAMILTON (SBN 218233)
hillary.hamilton@probonolaw.com
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorney for Defendant TONY RIVERA

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-155-SJO |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| TONY RIVERA, AKA, TONY GARCIA, ANTHONY RIVERA, III, | |
| Defendant. | |

[PROPOSED] ORDER GRANTING REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT & STATEMENT OF REASONS TO CLEMENCY PROJECT 2014 COUNSEL No. 2:05-CR-155-SJO

# [PROPOSED] ORDER GRANTING REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT AND STATEMENT OF REASONS TO CLEMENCY PROJECT 2014 COUNSEL

In consideration of the foregoing Request to Disclose Pre-Sentence Investigation Report and Statement of Reasons to Clemency Project 2014 Counsel, there being good cause shown, it is this __ day of _____, 2015 hereby

ORDERED that the Request to Disclose Pre-Sentence Investigation Report and Statement of Reasons to Clemency Project 2014 Counsel is GRANTED; and it is further

ORDERED that a copy of the Pre-Sentence Investigation Report and the Statement of Reasons, if any, shall be provided to the Defendant's Clemency Project 2014 counsel; and it is further

ORDERED that at the conclusion of the representation by Clemency Project 2014 counsel, such counsel shall return all copies of the Pre-Sentence Investigation Report and the Statement of Reasons, if any, to the Bureau of Prisons or shall destroy all copies.

Dated:_____, 2015

_____
Honorable S. James Otero
United States Judge

---

1

[PROPOSED] ORDER GRANTING REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT & STATEMENT OF REASONS TO CLEMENCY PROJECT 2014 COUNSEL No. 2:05-CR-155-SJO

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| Mark Anthony Young<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Fax: 213-894-0141<br>Email: USACAC.Criminal@usdoj.gov<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Dominic Cantalupo<br>Dominic Cantalupo Law Offices<br>100 Wilshire Boulevard Suite 940<br>Santa Monica, CA 90401-1113<br>310-397-2637<br>Fax: 310-388-6016<br>Email: dcantalupo@att.net<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Designation: CJA Appointment |
|---|---|

Dated: October 28, 2015        /s/     Hillary A. Hamilton

Hillary A. Hamilton (SBN 218233)
hillary.hamilton@probonolaw.com
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

*Clemency Counsel for Defendant Tony Rivera*

2

[PROPOSED] ORDER GRANTING REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT & STATEMENT OF REASONS TO CLEMENCY PROJECT 2014 COUNSEL No. 2:05-CR-155-SJO