HILLARY A. HAMILTON (SBN 218233)
hillary.hamilton@probonolaw.com
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorney for Defendant TONY RIVERA

**FILED**
CLERK, U.S. DISTRICT COURT

October 31, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-155-SJO |
| Plaintiff, | ORDER |
| v. | |
| TONY RIVERA, AKA, TONY GARCIA, ANTHONY RIVERA, III, | |
| Defendant. | |

CC: PROBATION OFFICE

[PROPOSED] ORDER GRANTING REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT & STATEMENT OF REASONS TO CLEMENCY PROJECT 2014 COUNSEL No. 2:05-CR-155-SJO

# [PROPOSED] ORDER GRANTING REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT AND STATEMENT OF REASONS TO CLEMENCY PROJECT 2014 COUNSEL

In consideration of the foregoing Request to Disclose Pre-Sentence Investigation Report and Statement of Reasons to Clemency Project 2014 Counsel, there being good cause shown, it is this 31st day of October, 2015 hereby

ORDERED that the Request to Disclose Pre-Sentence Investigation Report and Statement of Reasons to Clemency Project 2014 Counsel is GRANTED; and it is further

ORDERED that a copy of the Pre-Sentence Investigation Report ~~and the Statement of Reasons~~, if any, shall be provided to the Defendant's Clemency Project 2014 counsel; and it is further

ORDERED that at the conclusion of the representation by Clemency Project 2014 counsel, such counsel shall return all copies of the Pre-Sentence Investigation Report ~~and the Statement of Reasons~~, if any, to the Bureau of Prisons or shall destroy all copies.

Dated: October 31, 2015

_S. James Otero_
Honorable S. James Otero
United States Judge

---

1

[PROPOSED] ORDER GRANTING REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT & STATEMENT OF REASONS TO CLEMENCY PROJECT 2014 COUNSEL No. 2:05-CR-155-SJO

# CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| Mark Anthony Young<br>AUSA - Office of US Attorney<br>Criminal Division - US Courthouse<br>312 North Spring Street 12th Floor<br>Los Angeles, CA 90012-4700<br>213-894-2434<br>Fax: 213-894-0141<br>Email: USACAC.Criminal@usdoj.gov<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED | Dominic Cantalupo<br>Dominic Cantalupo Law Offices<br>100 Wilshire Boulevard Suite 940<br>Santa Monica, CA 90401-1113<br>310-397-2637<br>Fax: 310-388-6016<br>Email: dcantalupo@att.net<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br>Designation: CJA Appointment |
|---|---|

Dated: October 28, 2015        /s/      Hillary A. Hamilton

Hillary A. Hamilton (SBN 218233)
hillary.hamilton@probonolaw.com
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

*Clemency Counsel for Defendant Tony Rivera*

2

[PROPOSED] ORDER GRANTING REQUEST TO DISCLOSE PRE-SENTENCE INVESTIGATION REPORT & STATEMENT OF REASONS TO CLEMENCY PROJECT 2014 COUNSEL No. 2:05-CR-155-SJO