TONY RIVERA
Reg No. 27557-112
CORRECTIONAL COMPLEX MEDIUM # I
P.O. BOX 3725
ADELANTO CA. 92301

No Fee

FILED
CLERK U.S DISTRICT COURT

JUN 17 2016

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA



TONY RIVERA
    Petitioner,

Vs.

UNITED STATES OF AMERICA
    Respondent.

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 16 2016

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

CV16-04349SJO

No. CR 05-155-GPS

MOTION TO PRESERVE NEW RETROACTIVE RULING
"JOHNSON V. U.S" CLAIM FOR FURTHER
PROCEEDINGS PURSUANT TO 28 U.S.C § 2255(f)(3)

---

   Tony Rivera, Acting Pro se moves to preserve the Supreme Court's ruling in "Johnson v. United States, 135 S.Ct 2551 (2015), for further proceedings in his criminal case.

   This motion is timely Under 28 U.S.C § 2255(f)(3). Rivera's motion is also timely under the statute which sets a one-year deadline in which to file from "the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactive applicable to cased on collateral review. Id. "28 U.S.C § 2255(f)(3).

   The Supreme Court decided "Johnson" on June 26, 2015, and Rivera filed his preservation of rights to utilize this new change of law in the future within one year of that date. Because Rivera's case and circumstances do not reflect the application of "Johnson" at this time, he therefore moves to preserve the right under the hope that further

1

development of law applicable to his criminal case make him eligible
for the "Johnson" new law.

   "Johnson" declare that the "residual clause" of the ACCA is
uncostitutionally vague, however, "Johnson's" holding may apply equally
to § 4B1.1 and § 4B1.2 "residual clause" because the "indeterminacy of
the wide-ranging inquiry required by the residual clause in both denies
fair notice to defendants and invites arbitrary enforcement by judges."
Id. Johnson, 135 S.Ct at. 2557.

   Rivera was sentenced under § 4B1.1, thus if the United States Supreme
Court or the Ninth Circuit holds that Johnson applies with the same force
to the career offender guidelines, Rivera may challenge his sentence in
the future.

   WHEREFORE, Rivera moves to preserve "Johnson" for further proceedings
in his criminal case in the hope that further development of law applicable
to his case make him also eligible for this new retroactive law.


                                    Respectfully Submitted


6 / 13 /2016.

                                    _Tony Rivera_____

2

## CERTIFICATE OF SERVICE

I, Tony Rivera hereby Certify under penalty of perjury, that a copy of the foregoing Motion to Preserve New Retroactive Ruling in "Johnson v. United States, was place in the hands of Prison mailing room service on this June 13, 2016.


Respectfully Submitted

*Tony Rivera*

USA

SN BERNARDINO CA 924

14 JUN 2016 PM 3 L

NAME: TONY RIVERA
REG #: 27357-112
FEDERAL CORRECTIONAL INSTITUTION #1
P.O. BOX 3725
ADELANTO, CA 92301

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 N. SPRING STREET, RM. G-8
LOS ANGELES CA. 90012-4701

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 16 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

90012-205578

LEGAL MAIL