UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04349-SJO<br>CR 05-00155-SJO | Date | September 20, 2016 |
|---|---|---|---|
| Title | Tony Rivera  v.  United States of America | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | | Not Present | |
| Deputy Clerk | | Court Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**      PROCEEDINGS: (IN CHAMBERS)

The Court is in receipt of (1) Petitioner Tony Rivera's ("Petitioner") Motion to Preserve New Retroactive Ruling "Johnson v. U.S." Claim for Further Proceedings Pursuant to 28 U.S.C. § 2255(f)(3) ("Motion"), filed June 17, 2016; and (2) Respondent the United State of America's ("the Government") opposition thereto ("Opposition"), filed September 13, 2016.  (*See* CV Nos. 1, 9.)  The Government's Opposition makes reference to Petitioner's Pre-Sentence Report ("PSR"), which was allegedly disclosed to Petitioner on November 22, 2005.  The Court would be interested in reviewing the PSR, and accordingly **ORDERS** the Government to file a copy of the PSR, under seal, on or before Wednesday, September 28, 2016.

IT IS SO ORDERED.

          :          
Initials of Preparer      VRV